UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PRIUM DEVELOPMENT COMPANY LLC, a Washington limited liability company; and PRIUM WHITE CENTER BUILDING LLC, a Washington limited liability company,

Plaintiff,

v.

NATIONAL REALTY DEVELOPMENT CORPORATION, a Maryland corporation,

Defendant.

CASE NO. C09-0103-JCC

ORDER

This matter comes before the Court on Plaintiffs' Motion for Leave to Amend Complaint (Dkt. No. 20), and Plaintiffs' Reply (Dkt. No. 26). Defendant has filed no opposition in response to the motion. The Court has carefully considered the motion and the balance of pertinent materials in the case file and has determined that oral argument is not necessary. The Court finds and rules as follows.

The Court has summarized the background facts of this dispute in its January 30, 2009, Order denying Plaintiffs' motion for a Temporary Restraining Order (Dkt. No. 11) and will not repeat those facts here. In the instant motion, Plaintiffs move the Court pursuant to Federal Rule of Civil Procedure 15 for leave to amend the Complaint to add a claim for unjust enrichment under state law. (Mot. 1 (Dkt. No. 20).)

The Federal Rules provide that where, as here, a party has already been served with a responsive

ORDER – 1

pleading, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." FED. R. CIV. P. 15(a)(2). The Court finds that in the interests of justice, Plaintiffs' motion shall be GRANTED. Plaintiffs are DIRECTED to file forthwith an amended complaint.

SO ORDERED this 5th day of March, 2009.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER – 2